**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: JACK BUNCHER FOUNDATION | : | No. 67 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: AMY RUBINOFF, CARYN RUBINOFF, MICHAEL RUBINOFF, AND DANIEL RUBINOFF | :<br>:<br>: | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| IN RE: JACK BUNCHER FOUNDATION | : | No. 68 WAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: AMY RUBINOFF, CARYN RUBINOFF, MICHAEL RUBINOFF, AND DANIEL RUBINOFF | :<br>:<br>: | Petition for Allowance of Appeal from the Order of the Commonwealth Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justices Wecht and Brobson did not participate in the consideration or decision of this matter.